UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES ALEXANDER BOWE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV408-033 |
| | ) | [CR404-308] |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Movant has filed a motion to seal Attachment E to his Memorandum of Law in this § 2255 action. (Doc. 3.) He submits that Attachment E, a Drug Enforcement Administration ("DEA") Report of Investigation, contains confidential DEA work product. (Id.) Movant has complied with Local Rule 79.7. Upon consideration, the Court **GRANTS** the motion to seal.

**SO ORDERED** this /3 day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA